VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Box 3200
Billings, MT 59101
Phone: (406) 247-4633
Fax: (406) 657-6989
E-mail: victoria.francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CV 13-71-BLG-SEH-CSO |
|---|---|
| Plaintiff, | APPLICATION FOR WARRANT OF ARREST *IN REM* |
| vs. | |
| $44,616.71 IN FUNDS SEIZED FROM LA MONETA CAMBIO, S.A. FROM BANCO DE LA NACION ARGENTINA, NEW YORK BRANCH, ACCOUNT NUMBER XXXXX7001, | |
| Defendant. | |

The United States of America, through its counsel, respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States states as follows:

1. On May 21, 2013, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case. The complaint seeks the forfeiture of the defendant property, *i.e.*, $44,616.71 in funds.

2. The defendant property is in the possession, custody and control of the United States, *to wit*: the Internal Revenue Service (IRS). The IRS obtained possession, custody and control of the defendant property on December 11, 2012, pursuant to a seizure warrant issued by U.S. Magistrate Judge Carolyn S. Ostby.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest *in rem*.

**DATED** this 30th day of May, 2013.

        **MICHAEL W. COTTER**
        **United States Attorney**


        **/s/ Victoria L. Francis**
        **Assistant U.S. Attorney**
        **Attorney for Plaintiff, United States**