IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>$44,616.71 IN FUNDS SEIZED FROM LA MONETA CAMBIO, S.A. FROM BANCO DE LA NACION ARGENTINA, NEW YORK BRANCH, ACCOUNT NUMBER XXXXX7001,<br><br>　　　　　　Defendant. | CV 13-71-BLG-SEH-CSO<br><br><br>WARRANT OF ARREST *IN REM* |

TO: The United States Marshal for the District of Montana and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

WHEREAS, on May 21, 2013, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of Montana against the defendant property, alleging that

1

the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the Internal Revenue Service (IRS); and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property by serving a copy of this warrant on the IRS custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of

this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

    IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of Montana, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Billings, Montana, this _____ day of _____, 2013.

                             Tyler P. Gilman, Clerk of the Court
                             United States District Court

                             By: _____
                                           Deputy Clerk