VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Box 3200
Billings, MT 59101
Phone: (406) 247-4633
Fax: (406) 657-6989
E-mail: victoria.francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. $44,616.71 IN FUNDS SEIZED FROM LA MONETA CAMBIO, S.A. FROM BANCO DE LA NACION ARGENTINA, NEW YORK BRANCH, ACCOUNT NUMBER XXXXX7001, Defendant. | CV 13-71-BLG-SEH-CSO NOTICE OF COMPLAINT FOR FORFEITURE |
|---|---|

TO:  La Moneta Cambio, SA
Francisco Pagano
Daniel Fumaroni
c/o William Brodsky, Esq.
Fox Horan & Camerini LLP
825 Third Avenue
New York, NY 10022
(*via First-class U.S. mail*)

La Moneta Cambio, SA
Francisco Pagano
Daniel Fumaroni
c/o Vernon E. Woodward, Esq.
10 N. 27th Street, Suite 200
Billings, MT   59101
(*via First-class U.S. mail*)

The <u>enclosed Complaint</u> is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. DATE NOTICE SENT:   June 10, 2013

2. FORFEITURE COMPLAINT:   On May 21, 2013, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A), in the United States District Court for the District of Montana against the defendant property, $44,616.71 in funds.

3. **FILING OF A VERIFIED CLAIM:** Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date this notice is sent, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4. **CONTENTS OF VERIFIED CLAIM:** Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. **FILING OF AN ANSWER:** If you filed a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. **FILING WITH COURT AND SERVICE ON UNITED STATES:** The verified claim and answer **must** be filed with the Clerk of District Court, James F. Battin Federal Courthouse, 2601 2nd Ave. N.,

Billings, MT   59101, and a copy of the claim and answer or motion must be sent to Victoria L. Francis, Assistant U.S. Attorney, James F. Battin Federal Courthouse, 2601 2nd Ave. N., Box 3200, Billings, MT   59101.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.   You may wish to seek legal advice to protect your interests.**

**DATED** this 10th day of June, 2013.

**MICHAEL W. COTTER**
**United States Attorney**


**/s/ Victoria L. Francis**
**Assistant U.S. Attorney**
**Attorney for Plaintiff, United States**